# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JESS GUY ANSCOTT, | |
| Petitioner, | Case No. 2:13-cv-1833-JAD-VCF |
| vs. | **O R D E R** |
| BRIAN WILLIAMS, *et al.*, | |
| Respondents. | |

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. On October 15, 2013, the Court denied petitioner's application to proceed *in forma pauperis* and ordered petitioner to pay the $5.00 filing fee within thirty days. (Doc. 3). Petitioner has filed a motion for an extension of time, up to and including December 15, 2013, in which make payment of the filing fee. (Doc. 4). Having reviewed the motion and good cause appearing, petitioner's motion is granted.

1  **IT IS THEREFORE ORDERED** that petitioner's motion for an extension in which to
2  make payment of the filing fee (Doc. 3) is **GRANTED.**  Petitioner shall pay the $5.00 filing fee on
3  or before **December 15, 2013.**

   Dated this 5th day of November, 2013.

   _____
   UNITED STATES DISTRICT JUDGE