# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JESS GUY ANSCOTT, | Case No. 2:13-cv-1833-JAD-VCF |
| Petitioner, | |
| vs. | **ORDER EXTENDING TIME FOR ANSWER** |
| BRIAN WILLIAMS, *et al.*, | [ECF 36] |
| Respondents. | |

This is a *pro se* petition for a writ of habeas corpus filed by a Nevada state prisoner under 28 U.S.C. § 2254. Petitioner has filed a motion for an extension of time in which to file a reply to the answer. (ECF 36). Petitioner seeks an extension of time, up to and including November 2, 2015, to file a reply to the answer. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

IT IS THEREFORE ORDERED that petitioner's motion for an extension of time to file a reply to the answer **(ECF 36) is GRANTED. Petitioner must file his answer by November 2, 2015.**

Dated this 18th day of September, 2015.

_____
Jennifer Dorsey
United States District Judge