# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JESS GUY ANSCOTT,<br><br>　　　　Petitioner,<br><br>vs.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>　　　　Respondents. | Case No. 2:13-cv-1833-JAD-VCF<br><br>**Order Extending Reply Deadline**<br><br>**[ECF 38]** |

This is a *pro se* petition for a writ of habeas corpus filed under 28 U.S.C. § 2254 by a Nevada state prisoner. On August 18, 2015, respondents filed an answer to the petition. ECF 35. Petitioner now moves for a second extension of time, up to and including November 17, 2015, to file his reply to the answer. ECF 38. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

IT IS THEREFORE ORDERED that petitioner's motion for a second extension of time to file a reply to the answer **(ECF 38) is GRANTED.** Petitioner's reply to the answer must be filed by **November** 17, 2015.

Dated this 6th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE