# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JESS GUY ANSCOTT,

    Petitioner,

vs.

BRIAN WILLIAMS, *et al.*,

    Respondents.

Case No. 2:13-cv-1833-JAD-VCF

**Order Extending Deadline for Reply**

[ECF 40]

This is a *pro se* petition for a writ of habeas corpus filed under 28 U.S.C. § 2254 by a Nevada state prisoner. On August 18, 2015, respondents filed an answer to the petition. ECF 35. By order filed November 9, 2015, the Court granted petitioner an extension of time to file a reply to the answer, up to and including November 17, 2015. ECF 39. On November 16, 2015, petitioner moved for clarification, explaining that he sought an extension of time until December 17, 2015, in which to file his reply. ECF 40. Good cause appearing, petitioner's motion for clarification is granted.

IT IS THEREFORE ORDERED that petitioner's motion for clarification **[ECF 40] is GRANTED.**

IT IS FURTHER ORDERED that the deadline for petitioner's reply to the answer is extended to **December 17, 2015. Petitioner must file his reply, if any, by December 17, 2015.**

Dated this 20th day of November, 2015.

                                                        _____
Jennifer Dorsey
United States District Judge